# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos Rios Tapia,<br>a.k.a.: Juan Carlos-Rios,<br>a.k.a.: Juan Carlos Rios-Tapia,<br>(A 098 298 361)<br>*Defendant* | Case No. 16- 6478MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 20, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Carlos Rios Tapia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about August 14, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Abbie Broughton Marsh

☒ Continued on the attached sheet.

*Complainant's signature*

Barry Jansen,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 2, 2016

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 20, 2016, Juan Carlos Rios Tapia was booked into the Maricopa County Jail (MCJ) intake facility by the Chandler Police Department on local charges. While incarcerated at the MCJ, Rios Tapia was examined by ICE Officer R. Andler who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 1, 2016, Rios Tapia was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Rios Tapia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Carlos Rios Tapia to be a citizen of Mexico and a previously deported criminal alien. Rios Tapia was removed from the

1

United States to Mexico through Nogales, Arizona, on or about August 14, 2004, pursuant to a removal order issued by an immigration official. There is no record of Rios Tapia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rios Tapia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Juan Carlos Rios Tapia was convicted of Unlawful Use of Means of Transportation, a felony offense, on or about September 4, 2003, in the Superior Court of Arizona, Maricopa County. Rios Tapia was sentenced to one (1) year of probation. Rios Tapia's criminal history was matched to him by electronic fingerprint comparison.

5. On November 1, 2016, Juan Carlos Rios Tapia was advised of his constitutional rights. Rios Tapia freely and willingly acknowledged his rights and agreed to make a statement under oath. Rios Tapia stated that his true and complete name is Juan Carlos Rios Tapia and that he is a citizen of Mexico. Rios Tapia also claimed he entered the United States on foot, through Nogales, without being inspected or allowed entry by the U.S. Attorney General or the Department of Homeland Security. Rios Tapia also acknowledged that he was deported from the United States twice, through Nogales.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 20, 2016, Juan Carlos Rios Tapia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on or about August 14, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Barry Jansen,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 2nd day of November, 2016.

David K. Duncan,
United States Magistrate Judge

3